**Jeremy E. Branch- Bar No.: 0303240**
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA  92880
Tel: (866) 329-9217 ext. 1009
Fax: (657) 246-1312
E: JeremyB@jlohman.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GARCIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>    Defendant. | Case No.: 2:18-cv-09030-DMG-MAA<br><br>Judge Dolly M. Gee<br>Magistrate Judge Maria A. Audero |

## NOTICE OF SETTLEMENT

Plaintiff, WANDA GARCIA notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 16th day of July 2019.

By: */s/ Jeremy E. Branch*
    Jeremy E. Branch
    The Law Offices of Jeffrey Lohman, P.C.
    4740 Green River Road, Suite 310

- 1 -

Corona, CA  92880
T: (866) 329-9217
F: (657) 246-1312
E: JeremyB@jolohman.com
Attorney for Plaintiff, WANDA GARCIA

- 2 -

NOTICE OF SETTLEMENT

# **CERTIFICATE OF SERVICE**

I certify that on July 16, 2019 I filed Plaintiff WANDA GARCIA's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Marcos Daniel Sasso
Ballard Spahr LLP
2029 Century Park East Suite 800
Los Angeles, CA 90067-2909
Tel: 424-204-4400
Fax: 424-204-4350
Email: sassom@ballardspahr.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

        By: */s/ Jeremy E. Branch*
           Jeremy E. Branch
           The Law Offices of Jeffrey Lohman, P.C.
           4740 Green River Road, Suite 310
           Corona, CA  92880
           T: (657) 500-4317
           F: (657) 227-0270
           E: AlysonD@jolohman.com
           Attorney for Plaintiff, WANDA GARCIA