Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: JeremyB@jlohman.com
Attorney fo Plaintiff, RALPH SALAZAR

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WANDA GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE BANK (USA), N.A., <br><br> Defendants. | Case No: 2:18-cv-09030-DMG-MAAx <br><br> *ELECTRONICALLY FILED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Wanda Garcia ("Plaintiff"), and Defendant Capital One Bank (USA), N.A., ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/ Marcos D. Sasso. (with permission)*
Marcos D. Sasso
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
E: sassom@ballardspahr.com
T: (424) 204-4400
F: (424) 204-4350
*COUNSEL FOR DEFENDANT*

*/s/ Jeremy E. Branch*
Jeremy E. Branch
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: 866-329-9217 ext. 1009
F: 657-246-1312
E: jeremyb@jlohman.com
*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Marcos D. Sasso
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
E: sassom@ballardspahr.com
T: (424) 204-4400
F: (424) 204-4350
*COUNSEL FOR DEFENDANT*

*/s/ Jeremy E. Branch*
Jeremy E. Branch
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: 866-329-9217 ext. 1009
F: 657-246-1312
E: jeremyb@jlohman.com
Attorney fo Plaintiff, WANDA GARCIA

2