# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>Defendants. | Case No.: CV 18-9030-DMG (MAAx)<br><br>**ORDER OF DISMISSAL [29]** |

Plaintiff, Wanda Garcia ("Plaintiff"), and Defendant Capital One Bank (USA) N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATE: September 11, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE